

# MEMORANDUM

United States Probation
and Pretrial Services Office
Eastern District of Arkansas



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 28 2014

JAMES W. McCORMACK, CLERK
By: _____
                               DEP CLERK

| | |
|---|---|
| **To:** | Honorable Billy Roy Wilson<br>United States District Judge |
| **From:** | Brenna Cross<br>U.S. Probation Officer |
| **Re:** | Steven Hoyle Wood<br>Case No.: 4:10CR00304-01BRW<br>Travel Request |
| **Date:** | March 20, 2014 |

On December 18, 2003, the above-named defendant was sentenced in the Western District of Louisiana by the Honorable Judge Tom Stagg for the offenses of 21 U.S.C. §841(a)(1) & § 846 conspiracy to possess with intent to distribute 5 grams or more of methamphetamine or 50 grams or more of a mixture and substance containing a detectible amount of methamphetamine, and 21 U.S.C. § 853 forfeiture. The defendant was sentenced to 87 months Bureau of Prisons, 5 years supervised release, substance abuse treatment, antabuse, drug surveillance, and $100 special penalty assessment. On January 14, 2003, Mr. Wood's special conditions were amended to reflect the following: the defendant shall forfeit the defendant's interest in the following property to the United States: The defendant agreed to forfeit to the United States the amount of $4,200 immediately and voluntarily, all of his rights and title to said money obtained directly or indirectly, as a result of such violations as set forth in the Guilty Plea signed by the Defendant and all counsel on June 2, 2003. On October 25, 2010, jurisdiction was accepted by the Eastern District of Arkansas. The defendant's supervision commenced on May 3, 2010, in the Eastern District of Arkansas.

Mr. Wood has paid his special penalty assessment in full and appears to be in full compliance with his conditions. He has been supervised on a low intensity caseload since August 2012.

Mr. Wood is requesting permission to participate in a seven day Western Caribbean cruise departing from New Orleans on May 4, 2013, and traveling to Cozumel, Mexico; Grand Cayman Islands; Montego Bay, Jamaica; and returning to New Orleans on May 11, 2014. Travel accommodations have been verified.

After considering this request, please note the Court's decision below. Should the Court require any further information or have any questions, please contact me at your convenience.

Approved: _____
Supervising U.S. Probation Officer

Approved: _____  3-28-14
United States District Judge         Date

Denied: _____  _____
United States District Judge         Date